NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

In re:

7431 Kelvin Avenue
Los Angeles, CA 91306

Case No. CV 18-4810 SJO (GJSx)

Judgment

Based on the Stipulation for Entry of Judgment to Distribute Interpleader Funds, and all other matters properly made part of the record:

**A. Payment of Proceeds**

The Los Angeles County Superior Court shall distribute $384,613.58 in surplus funds on deposit from case number LS030109 by checks made payable and sent as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| Bank of America, N.A. | Bank of America, N.A. Ref: AP File No. 000043-007635.001 | $164,498.55 | c/o Aldridge Pite, LLP 4375 Jutland Drive, Suite 200 San Diego, CA 92117 |
| State of California Franchise Tax Board | State of California Franchise Tax Board | $8,306.95 | Franchise Tax Board P.O. Box 1720, MS: A-260 Attn: Marti Gehrig Rancho Cordova, CA 95741-1720 |
| United States of America | United States Treasury | $101,750.57 | U.S. Attorney's Office – Tax Division Federal Building Attn: AUSA Gavin Greene 300 N. Los Angeles St., Room 7211 Los Angeles, CA 90012 |
| Beck Saffary | Beck Saffary | $110,057.52 | Beck Saffary 7215 Canby Ave. Reseda, CA 91335 |
| | Total | $384,613.58 | |

To the extent that interest has accrued on the deposited funds, 50% of the interest shall be paid to the United States, and 50% shall be paid to Beck Saffary.

**B. Attorney's Fees**

As against each other, the parties will each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: August 29, 2018

_S. James Otero_
S. JAMES OTERO
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America